

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2020

No. 04-19-00826-CR

Richard **BRITTAIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 589944
Honorable Rosie S. Gonzalez, Judge Presiding

## O R D E R

Appellant's brief was originally due February 18, 2020. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to March 19, 2020. On that day, appellant filed a motion requesting an additional extension of time to file the brief until May 18 2020, for a total extension of ninety days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by May 18, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court